726

**Martha HABLE, Appellant,**

v.

**STATE, Appellee.**

No. 26813.

Court of Criminal Appeals of Texas.

Dec. 16, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

**GRAVES, Presiding Judge.**

The conviction is for the unlawful possession of marijuana; the punishment assessed is confinement in the state penitentiary for a term of two years.

Appellant has filed a written motion, duly verified, requesting the dismissal of the appeal. The motion is granted and the appeal is ordered dismissed.